**SO ORDERED.**
**SIGNED 8th day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nancy B. King**
**U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**COOKEVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TAMARA SUZANNE ELIZABETH | ) | CASE NO. 2:24-BK-04082 |
| PARADISE, | ) | CHAPTER 7 |
| Debtor. | ) | JUDGE NANCY B. KING |
| | ) | |
| | ) | |
| JOSE RAY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ADV. NO. 2:26-AP-90012 |
| | ) | |
| | ) | |
| TAMARA SUZANNE ELIZABETH | ) | |
| PARADISE, | ) | |
| Defendant. | ) | |

**ORDER GRANTING TAMARA SUZANNE ELIZABETH PARADISE'S MOTION FOR SUMMARY JUDGMENT**

In accordance with the Memorandum Opinion filed contemporaneously with this Order, it is hereby **ORDERED** that Debtor's motion for summary judgment is **GRANTED** and Plaintiff's adversary proceeding is **DISMISSED.**

**IT IS FURTHER ORDERED** that the hearing scheduled for September 15, 2026, is canceled.

**IT IS SO ORDERED**.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE PAGE.**